ARTHUR C. SCHULTZE, PLAINTIFF-PETITIONER, v.
ROBERT WILSON, DEFENDANT-RESPONDENT.

See same case below: 54 *N. J. Super.* 309.

*Messrs. Durand, Ivins & Carton* for the petitioner.

*Messrs. Wilentz, Goldman, Spitzer & Sills* for the respondent.

April 27, 1959. Denied.

WILLIAM J. STACK, PETITIONER, v. CITY OF HOBOKEN,
RESPONDENT.

*Messrs. Emory, Langan, Lamb & Blake* for the petitioner.

*Mr. Herbert H. Fine* for the respondent.

April 27, 1959. Denied.